IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MANASSEH LEE**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-1033-L |
| | § | |
| **BONY, BANK OF NEW YORK**, as | § | |
| trustee for Certificate Holder, SWASB Inc. | § | |
| Assets Back Certificates Series 2004-7, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This mortgage foreclosure case was referred to Magistrate Paul D. Stickeny, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 9, 2013, recommending that Defendants Barrett Daffin Frappier Turner & Engel, LLP ("BDFTE") and Federal National Mortgage Association's ("Fannie Mae") Motion to Dismiss (Doc. 7), filed March 15, 2013, be granted and Plaintiff's claims against BDFTE and Fannie Mae be dismissed with prejudice. No objections to the Report were filed.  Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court.  Accordingly, the court **grants** Defendants Barrett Daffin Frappier Turner & Engel, LLP and Federal National Mortgage Association's Motion to Dismiss (Doc. 7) and **dismisses with prejudice** Plaintiff's claims against Defendants BDFTE and Fannie Mae.

**It is so ordered** this 29th day of August, 2013.

                                                Sam A. Lindsay
                                                United States District Judge